**Motion Denied and Order filed January 27, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00400-CV
_____

### SELENA MCDADE, Appellant

### V.

### FOUNTAINS AT TIDWELL, LTD.; HETTING MANAGEMENT CORP; AND INVESTORS MANAGEMENT GROUP, LLC, Appellees

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-35361**

## ORDER

On November 23, 2021, appellant's brief was stricken, and appellant was ordered to file a brief that complies with the Texas Rules of Appellate Procedure by December 3, 2021. *See* Tex. R. App. P. 38.1. On December 9, 2021, appellant requested and was granted an extension of time until January 3, 2022, to file appellant's brief. On December 23, 2021, appellant filed a "Motion for Leave to Expand the Record on Appeal in Order to Refile Appellant's Brief."

The motion contends the clerk's record, filed August 25, 2021, and the reporter's record, filed August 23, 2021, are incomplete. Appellant has not requested the records be supplemented and the motion before this court does not specify the omitted items so that this court may request supplementation. *See* Tex. R. App. P. 34.5(c) and 34.6(d). Accordingly, the motion is denied.

Appellee's brief is due within 30 days of the date of this order.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.